# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gina Pinto,<br><br>　　　　　Plaintiff,<br>v.<br><br>Asset Acceptance Capital Corp; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Civil Action No.: 2:11-cv-00395-PMP -PAL |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Asset Acceptance Capital Corp with prejudice and without costs to any party.

| | |
|---|---|
| Gina Pinto | Asset Acceptance Capital Corp |
|　　/s/ Joslyn LaMadrid | 　/s/ Craig J. Mariam |
| Joslyn LaMadrid, Esq.<br>6600 West Charleston Blvd.<br>Suite 117<br>Las Vegas, NV 89118<br>702-658-8080<br>Attorney for Plaintiff | Craig J. Mariam, Esq.<br>Gordon & Rees LLP<br>3770 Howard Hughes Parkway, Suite 100<br>Las Vegas, NV 89169<br>702-577-9333<br>Attorney for Defendant |

_/s/ Philip M. Pro_

SO ORDERED

DATED:  June 27, 2011.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 23, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Nevada Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Joslyn LaMadrid
                Joslyn LaMadrid